Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JAN -2 PM 2:50
CLERK US...
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **'08 MJ 0016**

The person charged as <u>Alfonso David Avina</u> now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the <u>District of Montana</u> with <u>Conspiracy to Possess Methamphetamine with Intent to Distribute, Possession with Intent to Distribute Methamphetamine and Distribution of Methamphetamine, and Attempted Distribution of Methamphetamine,</u> in violation of <u>Title 21 U.S.C. § 841 (a)(1) and 846 and Title 18 U.S.C. §2.</u>

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 01/02/2008.

_____
Darren J. Fortie
Special Agent
Federal Bureau of Investigation

Reviewed and Approved:

Dated: <u>01/02/2008</u>

_____
Special Assistant United States Attorney

# United States District Court

### DISTRICT OF MONTANA, GREAT FALLS DIVISION

UNITED STATES OF AMERICA

v.

ALFONSO DAVID AVINA

**WARRANT FOR ARREST**

CASE NUMBER: CR-07-151-GF-SEH

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest ALFONSO DAVID AVINA and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the INDICTMENT charging HIM with CONSPIRACY TO POSSESS METHAMPHETAMINE WITH INTENT TO DISTRIBUTE, POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE AND DISTRIBUTION OF METHAMPHETAMINE AND ATTEMPTED DISTRIBUTION OF METHAMPHETAMINE in violation of Title 21 United States Code, Section 841(a)(1) and 846 and Title 18 United State Code, Section 2.

Assigned to: JOSEPH E. THAGGARD

*signature*
A. Carrillo, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE CAROLYN S. OSTBY
Billings, Montana

BAIL FIXED AT NONE

Date of issue: December 20, 2007

| RETURN | | |
|---|---|---|
| DATE RECEIVED: | LOCATION: | |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | | |
| DATE OF ARREST: | | |
| LOCATION: | | DWIGHT MACKAY UNITED STATES MARSHAL |
| BY: | Deputy U.S. Marshal | |

Jan 02 2008 3:14PM  HP LASERJET FAX                                      P.5
Case 3:08-mj-00016-CAB   Document 1   Filed 01/02/2008   Page 3 of 6

JOSEPH E. THAGGARD
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, #300
Great Falls, MT 59401
Phone: (406) 761-7715
FAX: (406) 453-9973

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
BILLINGS DIV.

2007 DEC 20 PM 4 34

PATRICK E. DUFFY, CLERK
BY T. Dewitt
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 07- 151 -GF-SEH |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | CONSPIRACY TO POSSESS METHAMPHETAMINE WITH INTENT TO DISTRIBUTE (Count I) |
| ALFONSO DAVID AVINA, | Title 21 U.S.C. § 846 |
| Defendant. | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE AND DISTRIBUTION OF METHAMPHETAMINE (Counts II, III) Title 21 U.S.C. § 841(a)(1), Title 18 U.S.C. § 2 (Penalty: Mandatory minimum ten years to life imprisonment, $4,000,000 fine, and at least five years supervised release) |

1

| | ATTEMPTED DISTRIBUTION OF METHAMPHETAMINE (Count IV)<br>Title 21 U.S.C. § 846<br>(Penalty: Mandatory minimum five to 40 years imprisonment, $2,000,000 fine, and at least four years supervised release)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

COUNT I

That between on or about June 1, 2005, and continuing thereafter until on or about September 13, 2006, in Hill County, in the State and District of Montana, and elsewhere, the defendant, ALFONSO DAVID AVINA, together with others both known and unknown to the Grand Jury, knowingly and unlawfully conspired and agreed to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

COUNT II

That between on or about June 1, 2005, and continuing thereafter until on or about September 13, 2006, in Hill County, in the State and District of Montana, the defendant, ALFONSO DAVID AVINA, knowingly and unlawfully possessed with the intent to distribute over 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

2



COUNT III

That between on or about June 1, 2005, and continuing thereafter until on or about September 13, 2006, in Hill County, in the State and District of Montana, the defendant, DAVID ALFONSO AVINA, knowingly distributed over 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

COUNT IV

That on or about October 12, 2006, to January 31, 2007, in Hill County, in the State and District of Montana, and elsewhere, the defendant, DAVID ALFONSO AVINA, while intending to commit the offense of distribution of methamphetamine, a violation of 21 U.S.C. § 841(a)(1), knowingly made a substantial step toward the commission of said offense when he accepted money from a confidential informant as payment for 50 grams or more a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

*PINKERTON* THEORY OF LIABILITY

Counts II and III are subject to a *Pinkerton* theory of liability.

///

///

///

3

A TRUE BILL.

_____
FOREPERSON

_____
WILLIAM W. MERCER
United States Attorney
Attorney for Plaintiff

_____
CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

4