Name and address
MICHAEL R. KILTS, ESQ.   (CSB 77004)
LAW OFFICES OF MICHAEL R. KILTS
1122 EAST GREEN STREET, 2ND FLOOR
PASADENA, CALIFORNIA 91106
TEL. (626) 304-7770
FAX (626) 304-7774



FILED
JAN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

## UNITED STATES DISTRICT COURT
## ~~CENTRAL~~ SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITES STATES OF AMERICA<br><br>Plaintiff(s)<br><br>v.<br><br>ALFONSO DAVID AVINA<br><br>Defendant(s). | CASE NUMBER<br><br>08mj0016-CAB<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

____Alfonso David Avina____   ☐ Plaintiff  ☑ Defendant  ☐ Other ____
*Name of Party*

hereby request the Court approve the substitution of ____Michael R. Kilts____
*New Attorney*

as attorney of record in place and stead of ____LISA K. BAUGHMAN____
*Present Attorney*

Dated January 17, 2008          _____
                                *Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated January 17, 2008          _____
                                *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated January 17, 2008          _____
                                *Signature of New Attorney*
                                ____77004____
                                *State Bar Number*

If party requesting to appear Pro Se:

Dated _____       _____
                                *Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.