MICHAEL R. KILTS, ESQ. (CSB 77004)
LAW OFFICES OF MICHAEL R. KILTS
1122 EAST GREEN STREET, 2ND FLOOR
PASADENA, CALIFORNIA 91106
TEL. (626) 304-7770
FAX (626) 304-7774

FILED
JAN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## ~~CENTRAL~~ Southern DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) v. | 08 mj 0016-CAB |
| ALFONSO DAVID AVINA  Defendant(s). | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__Alfonso David Avina__     ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

to substitute __Michael R. Kilts__ who is

☑ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

__1122 East Green Street__
*Street Address*

__Pasadena, California 91106__          __MichaelRKilts@aol.com__
*City, State, Zip*                     *E-Mail Address*

__(626) 304-7770__          __(626) 304-7774__          __77004__
*Telephone Number*          *Fax Number*          *State Bar Number*

as attorney of record in place and stead of __LISA K. BAUGHMAN__
*Present Attorney*

is hereby   ☑ GRANTED   ☐ DENIED

Dated __1/17/08__          _____
                           U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.