Minutes of the United States District Court
Southern District of California
**FEBRUARY 12, 2008**

HON. **CATHY ANN BENCIVENGO**      DEPUTY CLERK: **L. HERNANDEZ**

---

TAPE NO. CAB08-9:51-9:53

08MJ0016-CAB       USA      vs.    ALFONSO DAVID AVINA (1)(C)**05683298**

DETENTION HRG/                      MICHAEL KILTS, RET (1)
REMOVAL & IDENTITY
HEARING                             AUSA: FRED SHEPPARD

---

DETENTION HRG NOT HELD.
[3-1] MOTION TO DETAIN - MOOT

REMOVAL & IDENTITY HEARING HELD.
DFT WAIVES REMOVAL/IDENTITY HEARING;
WAIVER FILED.
COURT ORDERS DFT REMOVED TO DISTRICT OF MONTANA;
WARRANT OF REMOVAL ISSUED TO USM; DFT TO BE TRANSPORTED FORTHWITH.