# UNITED STATES DISTRICT COURT
### Southern District Of California
### Office Of The Clerk
### 880 Front Street, Room 4290
### San Diego, California 92101-8900
### Phone: (619) 557-5600
### Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

FILED
GREAT FALLS DIV.
2008 FEB 20 AM 7 51
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

February 13, 2008

Clerk, U.S. District Court
District of Montana, Great Falls Division
215 1st Avenue North
Great Falls, MT 59401

CV-07-151-GF

Re:   08mj0016-CAB, USA v Avina

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | ___ | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | X | Waiver of Removal |
| ___ | Personal Surety Bond | | |
| ___ | Other _____ | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____s/ J. Hinkle_____
Deputy Clerk